

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : No. 06-62 M |
| DION L. BARNARD, | : |
| Defendant. | : |

### MOTION AND ORDER TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney, and hereby moves this Honorable Court to seal the criminal complaint and attached affidavit, arrest warrant, this Motion and Order to Seal, and the related file in the above-captioned case, as the defendant has not yet been apprehended.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: April 28, 2006

**AND NOW** this 28th day of April, 2006, based upon the foregoing Motion, **IT IS ORDERED** that the criminal complaint and attached affidavit, arrest warrant, Motion and Order to Seal, and the related file in the above-captioned case be **SEALED** until further Order of the Court.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware