✷ Filed in open court 6/15/06 (ew)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06- 62 M |
| DION BARNARD, | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply):**

   ___  Crime of violence (18 U.S.C. § 3156)

   _X_  Maximum sentence life imprisonment or death

   _X_  10+ year drug offense

   ___  Felony, with two prior convictions in above categories

   _X_  Serious risk defendant will flee

   ___  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   _X_   Defendant's appearance as required

   _X_   Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (**will**, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

   _X_   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   ___   Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   ___   At first appearance

   _X_   After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of ___ days (not more than 10) so that the appropriate officials can be notified since:

   1.   At the time the offense was committed the defendant was:

        ___   (a) on release pending trial for a felony;

    \_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

    \_\_ (c) on probation or parole for an offense.

2. \_\_ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. \_\_ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 15th   day of June  , 2006.

                                            Respectfully submitted,

                                            COLM F. CONNOLLY
                                            United States Attorney

                                            BY: _____
                                            Shannon T. Hanson
                                            Assistant U.S. Attorney