IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **REDACTED** |
| Plaintiff, | ) |
| | ) |
| v. | ) CR Case No. 06-73 |
| | ) |
| DION L. BARNARD, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT 1

On or about January 12, 2006, in the State and District of Delaware, Dion L. Barnard, defendant herein, did knowingly distribute more than fifty (50) grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant U.S. Attorney

Dated: June 27, 2006

FILED

JUN 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE