OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

June 23, 2006

James F. Brose
206 South Avenue
Media PA 19063

RE:   U.S.A. v. Dion L. Barnard
      **Magistrate Case** No. 06-62-01-MPT

CR06-73

Dear Mr. Brose:

Enclosed is a copy of the Court's order appointing you counsel under the Criminal Justice Act in the above civil/criminal case. This appointment requires representation of the defendant for all proceedings in this Court. When the proceedings in this Court are completed, the attached voucher should be submitted to this office within 45 days for approval of payment. Please complete box 21, Case Disposition, using the Case Disposition Codes provided.

If an appeal is taken in this matter the Court of Appeals will generally appoint you to represent the defendant for the appellate proceedings. The Clerk of the 3rd Circuit Court of Appeals will issue another CJA voucher for service rendered in their Court. If the Notice of Appeal is filed and you wish to withdraw as counsel, please address said motion to the Clerk, 3rd Circuit Court of Appeals.

Sincerely,

PETER T. DALLEO, CLERK

BY: _____
        Deputy Clerk

PTD/bkb
enclosure

cc: AUSA, Shannon Thee Hanson
    US Probation
    US Marshal



FILED
JUN 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE