UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
                                   )    CASE NO.  CR 06-73 (UNA)
      vs.                          )
      Dion Barnard                 )
                                   )
                                   )
            Defendant.             )

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on _6/26/06_ requested, through counsel, additional time to file pretrial motions.  The Court having considered the request,  it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until _August 15, 2006_ The time between the date of this order and _August 15, 2006_ shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney