IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.                                  : Criminal No. 06-73 GMS

DION L. BARNARD

### ORDER TO EXCLUDE TIME

Pretrial motions regarding the above-captioned defendant are currently due on August 15, 2006. On August 10, 2006, court-appointed counsel filed a motion to continue the pretrial motions deadline by 90 days in order for the defendant to obtain new counsel (D.I. 18). On August 14, 2006, Assistant U.S. Attorney Shannon Thee Hanson orally advised chambers that the government does not oppose the request for the continuance. The court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendant in a speedy trial.

For the aforementioned reasons IT IS HEREBY ORDERED THAT:

1. The defendant's motion to continue the pretrial motions deadline is GRANTED;

2. The defendant will have until November 15, 2006, within which to file his pretrial motions; and

3. The time period between the date of this Order and November 15, 2006, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
UNITED STATES DISTRICT JUDGE

August __14__, 2006