IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA       :
                               :   CR CASE NO. 06-73
        vs.                    :
                               :
DION L. BARNARD                :
        Defendant              :

### ORDER

AND NOW, this 17th day of Nov., 2006, upon consideration of the within UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S MOTIONS, it is hereby **ORDERED** and **DECREED** that all relief therein sought is granted and that all Motions on the above matter must be filed within forty-five (45) days of this Order.

BY THE COURT:



FILED
NOV 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE