IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-73 GMS |
| | : |
| DION BARNARD | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a scheduling conference regarding the above-captioned defendant is scheduled, in chambers, for **Friday, May 18, 2007, at 12:00 PM** before the Honorable Gregory M. Sleet, United States District Judge.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

April 27, 2007