IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR CASE NO. 06-73 |
| vs. | : | |
| | : | |
| DION L. BARNARD | : | |
| Defendant | : | |

### ORDER

AND NOW, this 12th day of June, 2007, upon consideration of the within Motion for Continuance, it is hereby **ORDERED and DECREED** that said Motion is **GRANTED**; and that said Motion to Continue the Suppression hearing in this matter is continued from June 14, 2007 to July 19, 2007 at 3:15 p.m.

BY THE COURT:

*[signature]*

FILED

JUN 1 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE