IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-73-GMS |
| DION BARNARD, | ) | |
| Defendant. | ) | |

## STIPULATED BRIEFING SCHEDULE

**NOW COMES** the United States, by and through its undersigned attorneys, and Joseph A. Ratasiewicz, counsel for defendant, Dion Barnard, and hereby files the following stipulated briefing schedule with respect to the pending Motions to Suppress Evidence and Statements and Motion to Compel, as ordered by the Court on September 17, 2007. Counsel having conferred, the defendant has chosen to file first. Accordingly, the following schedule has been agreed to by the parties:

(1) The Defendant's Opening Brief in Support of the Motions (including proposed findings of fact and conclusions of law) shall be due on October 15, 2007;

(2) The Government's Brief in Response (also including proposed findings of fact and conclusions of law) shall be due on October 29, 2007;

(3) The Defendant's Reply Brief shall be due on November 9, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant U. S. Attorney

September 19, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-73-GMS |
| DION L. BARNARD, | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 19th day of September, 2007, I caused to be filed Stipulated Briefing Schedule with the Clerk of Court. I further certify that a copy of the foregoing was mailed via First Class Mail and faxed to counsel of record as follows:

Joseph A. Ratasiewicz, Esq.
Front Street Lawyers, P.C.
2 West Baltimore Avenue
Flagship Corporate Center, Suite 320
Media, PA 19063

_____
Marie Steel
Legal Assistant