**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-73-GMS |
| | ) | |
| DION L. BARNARD | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

**PLEASE** enter the appearance of Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

BY: /s/ Lesley F. Wolf
      Lesley F. Wolf
      Assistant United States Attorney
      Nemours Building, Suite 700
      1007 Orange Street
      P.O. Box 2046
      Wilmington, DE 19899-2046
      302-573-6277, x106
      lesley.wolf@usdoj.gov

Dated: February 19, 2008