## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal Action No. 06-73-GMS** |
| | ) | |
| **DION L. BARNARD** | ) | |
| | ) | |
| **Defendant.** | ) | |

## INFORMATION PURSUANT TO 21 U.S.C. § 851

The United States Attorney for the District of Delaware alleges and charges pursuant to

Title 21, United States Code, Section 851(a), that DION L. BARNARD, defendant herein, is

subject to the enhanced statutory penalties set forth in Title 21, United States Code, Section 841

by virtue of the defendant's prior conviction for a felony drug offense, to wit, (1) possession with

intent to deliver a narcotic schedule II controlled substance, in the Superior Court of Delaware in

and for New Castle County, Case No. 9902006310, sentencing date October 4, 1999.


        COLM F. CONNOLLY
        United States Attorney


    BY:   s/Lesley F. Wolf
        Lesley F. Wolf
        Assistant United States Attorney


Dated: May 5, 2008