IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Criminal Action No.  06-73-GMS |
| ) | |
| DION L. BARNARD,   ) | |
| ) | |
| Defendant.   ) | |

**MOTION FOR A SCHEDULING CONFERENCE**

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case for the reasons set forth below:

1. The Court granted defendant's motion for a mistrial, without prejudice, on May 13, 2008.

2. Counsel for the government has conferred with counsel for defendant. Counsel for defendant has given no firm indication of if or when it intends to file any motions in connection with this matter.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference in order to address the scheduling of trial in this matter.  A proposed form

of order is attached for the Court's convenience.

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                United States Attorney

                                  BY:    s/Lesley F. Wolf
                                                Lesley F. Wolf
                                                Assistant United States Attorney

Dated: May 30, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No.  06-73-GMS |
| | ) |
| DION L. BARNARD, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2008, that

1. A scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

2. Because the Court finds that a brief continuance in this matter to permit the Court and the parties to meet and confer on the further scheduling of this case outweighs the interest of the defendant and the public in a speedy trial,  IT IS FURTHER ORDERED that the time between the date of this Order and the date of the scheduling conference are excluded from computation of the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(8)(A).

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No.  06-73-GMS |
| | ) |
| DION L. BARNARD, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I, Lesley F. Wolf, hereby certify that on the 30th day of May, 2008, I caused to be filed the Government's Motion for a Scheduling Conference with the Clerk of Court via CM/ECF.  I further certify that a copy of the foregoing was sent, via First Class Mail postage  to counsel of record as follows:

        Joseph A. Ratasiewicz, Esq.
        Front Street Lawyers
        2 W. Baltimore Avenue, Suite 320
        Media, PA 19063

        s/Lesley F. Wolf