IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-73 GMS |
| | ) |
| DION L. BARNARD, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this 13th day of June, 2008,

On May 13, 2008, the court declared a mistrial in this matter. On June 9, 2008, Barnard moved to dismiss the indictment but failed to provide sufficient briefing in support. (D.I. 55.) The defendant shall file such briefing on or before Friday, June 20, 2008.

SO ORDERED.

Dated: June 16, 2008

_____
CHIEF UNITED STATES DISTRICT JUDGE

FILED
JUN 1 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE