## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No.  06-73-GMS |
| | ) |
| DION L. BARNARD, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case for the reasons set forth below:

1.     On June 9, 2008, following a mistrial in the above matter, defendant moved to dismiss the indictment.  (D.I. 55.)

2.     On July 10, 2008, the Court denied defendant's motion.  (D.I. 64.)

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference in order to address the scheduling of trial in this matter.  A proposed form of order is attached for the Court's convenience.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:____s/Lesley F. Wolf_____
Lesley F. Wolf
Assistant United States Attorney

Dated: July 18, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Criminal Action No.  06-73-GMS | |
| | ) | |
| DION L. BARNARD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

IT IS HEREBY ORDERED this ___ day of _____, 2008, that

1.    A scheduling conference in this matter will be held on the _____ day of

_____ at _____.m. in Chambers, J. Caleb Boggs Federal Building, 844

King Street, Wilmington, Delaware;

2.    Because the Court finds that a brief continuance in this matter to permit the

Court and the parties to meet and confer on the further scheduling of this case outweighs the

interest of the defendant and the public in a speedy trial,  IT IS FURTHER ORDERED that the

time between the date of this Order and the date of the scheduling conference are excluded from

computation of the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(8)(A).


_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No.  06-73-GMS |
| | ) |
| DION L. BARNARD, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Lesley F. Wolf, hereby certify that on the 18th day of July, 2008, I caused to be filed the Government's Motion for a Scheduling Conference with the Clerk of Court via CM/ECF.  I further certify that a copy of the foregoing was sent, via First Class Mail postage to counsel of record as follows:


Joseph A. Ratasiewicz, Esq.
Front Street Lawyers
2 W. Baltimore Avenue, Suite 320
Media, PA 19063


s/Lesley F. Wolf