## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CR CASE NO. 06-73 GMS** |
| **vs.** | **:** | |
| | **:** | |
| **DION L. BARNARD** | **:** | |
| **Defendant** | **:** | |

### <u>NOTICE OF APPEAL</u>

Notice is hereby given that Dion L. Barnard, Defendant, in the above named case

hereby appeals to the United States Court of Appeals for the Third Federal Circuit from

the District Court's Order denying Defendant's Motion to Dismiss the Indictment entered

in this action on July 10, 2008.


**FRONT STREET LAWYERS, P.C.**


**BY:**_____

**JOSEPH A. RATASIEWICZ, ESQUIRE**
**Flagship Corporate Center**
**Suite 320**
**2 West Baltimore Avenue**
**Media, Pa.  19063**
**Office (610-891-0180)**